# Morgan Lewis



**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

April 20, 2020

SO ORDERED:

*George B. Daniels*

George B. Daniels, U.S.D.J.

Dated: APR 2 0 2020

<u>Via ECF</u>

The Honorable George B. Daniels
United States District Court
 For the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>*Nixon v. Acorns Advisors, LLC*, No. 1:20-cv-02248-GBD</u>
 <u>Request to Extend Defendant's Time to Respond to Complaint</u>

Dear Judge Daniels:

We represent defendant Acorns Advisors, LLC ("Defendant") in the above-referenced action. Pursuant to Rules II(A) and II(C) of Your Honor's Individual Rules and Practices, we write with the consent of counsel for plaintiff Donald Nixon ("Plaintiff"), respectfully to request that the Court extend Defendant's time to respond to the Complaint from April 20, 2020 to May 20, 2020. This is Defendant's first request for an extension of time to file a response to the Complaint.

In support of this request, counsel for Defendant states that it was recently engaged in this matter and requests this extension to become familiar with the relevant facts and allegations. As noted above, Plaintiff's counsel consents to this request. If granted, this extension will not affect any other date scheduled in this action.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Michael F. Fleming*

Michael F. Fleming

*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

Morgan, Lewis & Bockius LLP

101 Park Avenue
New York, NY 10178-0060         ☎ +1.212.309.6000
United States                   📠 +1.212.309.6001