# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

May 19, 2020



**Via ECF**

The Honorable George B. Daniels
United States District Court
For the Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: MAY 21 2020

Re: *Nixon v. Acorns Advisors, LLC*, No. 1:20-cv-02248-GBD
**Request to Extend Defendant's Time to Respond to Complaint**

Dear Judge Daniels:

We represent defendant Acorns Advisors, LLC ("Defendant") in the above-referenced action. Pursuant to Rules II(A) and II(C) of Your Honor's Individual Rules and Practices, we write with the consent of counsel for plaintiff Donald Nixon ("Plaintiff"), respectfully to request that the Court extend Defendant's time to respond to the Complaint from May 20, 2020 to June 19, 2020. This is Defendant's second request for an extension of time to file a response to the Complaint. The Court granted Defendant's first request. (Dkt. No. 9.)

In support of this request, counsel for Defendant states that the parties are engaged in discussions about a possible early resolution of this matter. If granted, this extension will permit the parties to focus on those efforts, rather than pleadings and litigation. As noted above, Plaintiff's counsel consents to this request. If granted, this extension will not affect any other date scheduled in this action.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

/s/ *Michael F. Fleming*

Michael F. Fleming

*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY 10178-0060
United States

T +1.212.309.6000
F +1.212.309.6001