**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 22 2020

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DONALD NIXON, *on behalf of himself and all*
*others similarly situated*,

        Plaintiff,

     -against-

ACORNS ADVISORS, LLC,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

          ORDER

        20 Civ. 2248 (GBD)

**GEORGE B. DANIELS, United States District Judge:**

   This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within sixty (60) days.

   All conferences previously scheduled are adjourned *sine die*.

Dated: June 22, 2020
    New York, New York

          SO ORDERED.

          *George B. Daniels*
          GEORGE B. DANIELS
          United States District Judge