DocuSign Envelope ID: 06380974-932E-4FC7-A018-6B265CF68561

**EXHIBIT B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 0 1 2020

| | |
|---|---|
| DONALD NIXON, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ACORNS ADVISERS, LLC, <br><br> Defendant. | 1:20-CV-02248-GBD <br><br> **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Donald Nixon ("Plaintiff") and Acorns Advisers, LLC ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: August 28, 2020

SHALOM LAW, PLLC.

By: _____
Jonathan Shalom, Esq.
105-13 Metropolitan Avenue
Forest Hills NY 11375
Phone: (718) 971-9474
Email: Jshalom@JonathanShalomLaw.com

*Attorneys for Plaintiff*

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Michael F. Fleming
101 Park Avenue
New York, New York 10178
Tel: (212) 309-6207
Email: michael.fleming@morganlewis.com

*Attorneys for Defendant*

**SO ORDERED:**

Dated: SEP 0 1 2020, 2020

_____
United States District Judge